IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BURNICE TAFT DREDING, JR.,** ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **CIVIL ACTION 10-0525-KD-M** |
| ) | |
| **DEBORAH TONEY,** ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court on Petitioner's "Appeal and Motion to File Second or Successive Petition" (Doc. 36). The Court construes Petitioner's filing as a motion to reconsider,[1] and because the Petitioner has not articulated grounds meriting reconsideration it is **ORDERED** that the Petitioner's motion (Doc. 36) is **DENIED.**

**DONE** and **ORDERED** this the **20th** day of **June 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] The decision to grant or deny a motion to reconsider is left to the discretion of the trial court. Chapman v. AI Transport, 229 F.3d 1012, 1023-1024 (11th Cir. 2000) (en banc). "In the interest of finality and conservation of scarce judicial resources, reconsideration of an order is an extraordinary remedy and is employed sparingly." Gougler v. Sirius Products, Inc., 370 F. Supp. 2d 1185, 1189 (S.D. Ala. 2005) (citation omitted).